779 A.2d 490

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Reginald Anthony HALL, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 19, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 19th day of September, 2001, the petition for allowance of appeal is **GRANTED,** but **LIMITED** to the following two issues:

1. Whether an instruction which connects intent to inflict serious bodily injury with use of an unlicensed firearm is violative of the due process clause of the Pennsylvania and United States Constitutions.

2. Whether the evidence was sufficient to demonstrate specific intent to inflict serious bodily injury.